IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WILLIAM DARRELL EDWARDS, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:09-CV-0068 |
| RICK THALER, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

### ORDER GRANTING OBJECTIONS, IN PART, ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner WILLIAM DARRELL EDWARDS has filed with this Court an application for a writ of habeas corpus by a person in state custody. On July 23, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas petition be dismissed for lack of subject matter jurisdiction. On August 11, 2010, petitioner filed objections to the Report and Recommendation requesting, *inter alia*, that the Court dismiss his habeas application and allow him to seek permission from the Fifth Circuit Court of Appeals to file a second federal habeas application.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby GRANTED to the extent they request this Court dismiss petitioner's habeas application. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus

filed by petitioner is DISMISSED.

    IT IS SO ORDERED.

    ENTERED this \_\_\_16th\_\_\_ day of September, 2010.

                                      MARY LOU ROBINSON
                                      UNITED STATES DISTRICT JUDGE